**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CAROLE L. TAYLOR

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:10-20954 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2010 and confirmed on 01/01/1900 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 1,261,805.11 |
| Less Refunds to Debtor | | 208,552.41 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 1,053,252.70 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 13,600.48 | | |
|   Trustee Fee | | 40,029.56 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 53,630.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| MARGARET MESSMER | 181,800.00 | 181,800.00 | 23,634.00 | 205,434.00 |
|   Acct: XXXXXXX1900 | | | | |
| MARGARET MESSMER | 33,611.47 | 33,611.47 | 1,344.46 | 34,955.93 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-11 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX2010 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 1,458.24 | 1,458.24 | 314.68 | 1,772.92 |
|   Acct: XXXXXXXXXXXXXXXXX2010 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXX INT | | | | |
| NEGLEY PARK HOMEOWNERS ASSOCIAT | 4,884.45 | 4,884.45 | 634.98 | 5,519.43 |
|   Acct: XXXXXXXXXXXXXXXXXFEES | | | | |
| MARGARET MESSMER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARGARET MESSMER | 38,920.72 | 38,920.72 | 1,167.62 | 40,088.34 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX/INT | | | | |

| 10-20954 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| MARGARET MESSMER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 287,770.62 |
| **Priority** | | | | |
| PRO SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAROLE L. TAYLOR | 208,552.41 | 208,552.41 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO CORBETT & BRUNGO PC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRO SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARVIN LEIBOWITZ ESQ | 9,588.00 | 9,588.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX 217 | | | | |
| CALAIARO & CORBETT PC** | 4,012.48 | 4,012.48 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX 216 | | | | |
| CALAIARO & CORBETT PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXCORD | | | | |
| MARVIN LEIBOWITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NEGLEY PARK HOMEOWNERS ASSOCIAT | 2,100.00 | 2,100.00 | 0.00 | 2,100.00 |
| Acct: XXXXXXXXXXXXXXXXXXX2011 | | | | |
| SCHNADER HARRISON SEGAL AND LEWIS | 386,800.14 | 386,800.14 | 0.00 | 386,800.14 |
| Acct: XXXXXXXXXXXXXXXXXX 402 | | | | |
| MORRIS JOBE AND COOK LLC | 20,000.00 | 20,000.00 | 0.00 | 20,000.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXD487 | | | | |
| RONDA J WINNECOUR PA ID #30399 | 111,805.28 | 111,805.28 | 0.00 | 111,805.28 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX3-12 | | | | |
| GOLDBERG KAMIN & GARVIN LLP | 40,000.00 | 40,000.00 | 0.00 | 40,000.00 |
| Acct: XXXXXXXXXXXXXXXXXXENSE | | | | |
| | | | | 560,705.42 |
| **Unsecured** | | | | |
| ESTATE OF THERESA FLATI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXSTED | | | | |
| COLETTE TAYLOR* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MARJI DUNN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GOLDBERG KAMIN & GARVIN LLP | 8,707.50 | 8,707.50 | 0.00 | 8,707.50 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXIONS | | | | |
| PATRICIA O'KANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXSTED | | | | |
| RICHARD A FLATI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ESTATE OF THERESA FLATI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| YVETTE TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUITABLE GAS CO (*) | 137.46 | 137.46 | 0.00 | 137.46 |
| Acct: XXXXXXXXXXXXXX0820 | | | | |
| MARGARET MESSMER | 142,301.66 | 142,301.66 | 0.00 | 142,301.66 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXFEES | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |

| 10-20954 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | GOEHRING RUTTER & BOEHM (FRMLY) DE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEVEN B. SILVERMAN, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES L COOK III ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXYLOR | | | | |
| | SCHNADER HARRISON SEGAL AND LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY T MORRIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX-USE | | | | |
| | | | | | 151,146.62 |

TOTAL PAID TO CREDITORS                                                                 999,622.66

TOTAL CLAIMED
PRIORITY          560,705.42
SECURED           260,674.88
UNSECURED         151.146.62

Date: 11/15/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com