**Fill in this Information to identify the case:**

| Debtor 1 | Carole | Lynn | Taylor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number: ___10-20954___

FILED
10/22/2021 8:14 a.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1.  Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $208,552.41 |
|---|---|
| Claimant's Name: | Ashley Duran |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 713 5th St Apt 202<br>West Sacramento CA 95605 |

### 2.  Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

### 3.  Supporting Documentation

☑  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1]  The Claimant is the party entitled to the unclaimed funds.
[2]  The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3]  The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311
Scranton, PA 18503

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 10/19/2021 | Date: _____ |
| _____ Signature of Applicant | _____ Signature of Co-Applicant (if applicable) |
| Ashley Duran | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 713 5th St Apt 202 West Sacramento CA 95605 | Address: |
| Telephone: 916-730-5481 | Telephone: _____ |
| Email: admin@makeithappenenterprise.com | Email: _____ |

**6. Notarization**

STATE OF California

COUNTY OF Sacramento

This Application for Unclaimed Funds, dated 10/19/2021 was subscribed and sworn to before me this 19 day of October , 20 21 by

Ashley Jenae Duran

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)        Notary Public _____

My commission expires:

07/21/2024

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____ , 20 _____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)        Notary Public _____

My commission expires:

**Assignment Of Rights To Claim Unclaimed Funds From
The United States Bankruptcy Court Middle District Of Pennslyvania**

For valuable consideration, I Carole Lynn Taylor, the undersigned assignor hereby; grant Ashley Jenae Duran, assignee, all rights, title, and interest to collect 100% of the unclaimed funds in which I am entitled to associated with case number #10-20954 of The United States Bankrupcy Court Middle District Of Pennslyvania held on July 21st, 2011

As the assignor I understand the total amount eligible for distribution is $208,552.41 and as the party of interest I am entitled to that amount. Furthermore it is also understood that I have the right to file this claim on my own behalf directly to The United States Bankruptcy Court Middle District Of Pennslyvania at no cost.

Dated this 19th day of October 2021

_____
Assignor Signature

# ACKNOWLEDGMENT

State of ____California____;
County of ____Sacramento____;

On October 19th ____21____, 20___, before me, ____B Justice____, a notary public in and for the State of California, personally appeared Carole Lynn Taylor, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of ____California____; that the foregoing paragraph is true and correct.

WITNESS my hand and official seal:

Signature:_____  (SEAL)

B. JUSTICE
COMM. #2330600
Notary Public - California
Sacramento County
Comm. Expires Jul 21, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true copy of the foregoing document form 1340 (12/19) upon the participants, listed below, in accordance with the requirements pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311
Scranton, PA 18503

Dated this 19th day of October, 2021.

  10/19/2021  
(Date)

_____
(Signature)

