FILED
10/25/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 10-20954-GLT |
| : | Chapter 13 |
| CAROLE L. TAYLOR, : | |
| : | |
| Debtor. : | |
| : | |
| ASHLEY DURAN, : | Related to Dkt. No. 698 |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| NO RESPONDENTS, : | |
| : | |
| Respondent. : | |

## ORDER

This matter is before the Court upon the *Motion to Pay Unclaimed Funds* [Dkt. No. 698] (the "Motion") filed by Interested Party Ashley Duran. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion* is **DENIED** without prejudice due to the Claimant's failure to:

1. Comply with W.PA.LBR 3011-1;

2. List the Debtor's name properly in the pleading as it is listed in CM/ECF;

3. Comply with W.PA.LBR 9004-1, specifically the pleading references the Middle District of Pennsylvania;

4. Comply with W.PA.LBR 2002-1, specifically the filer shall ensure service is proper and the certificate of service complies with the Local Rules and Local Forms of this Court;

5. Comply with W.PA.LBR 9013-4; and

      6. Comply with W.PA.LBR 9013-5(a) and Judge Gregory Taddonio's hearing procedures to self-schedule motions.

Dated: October 25, 2021

                                            GREGORY L. TADDONIO
                                            UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Ashley Duran, 713 5th St., Apt.202, West Sacramento, CA 95605