**Fill in this Information to identify the case:**

| Debtor 1 | Carole | | Taylor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

**United States Bankruptcy Court for the Western District of Pennsylvania**

**Case number:** 10-20954

FILED
10/6/2023 3:30PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $208,552.41 |
|---|---|
| Claimant's Name: | Carole Taylor |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1112 N Negley Ave<br>Pittsburgh PA 15206<br>(272) 472-7303<br>caroletaylor02@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

*Carole Taylor*

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
75 Ted Turner Drive, SW
Pittsburgh, PA 15219

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: _____ | Date: _____ |
| *Carole Taylor* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 1112 N Negley Ave Pittsburgh Pa 15206 | Address: |
| Telephone: (212) 472 305 | Telephone: _____ |
| Email: caroletaylor02agmail.com | Email: _____ |
| **6. Notarization** STATE OF New York | **6. Notarization** STATE OF _____ |
| COUNTY OF New York | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20____by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20____by |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)    Notary Public *Wendy Slutzkin* | (SEAL)    Notary Public_____ |
| My commission expires: | My commission expires: |

THE LAW OFFICE OF BERNARD J MICHAEL
LLC
33 SILVER BIRCH DR NEW ROCHELLE, NY
10804

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 5th day of August, 2023 by and between Bernard Michael, Managing Member of THE LAW OFFICE OF BERNARD J MICHAEL LLC (hereinafter referred to as "Assignee" ) and whose current address is 33 SILVER BIRCH DR NEW ROCHELLE, NY 10804 and Carole Taylor
(hereinafter referred to individually as "Assignor") and whose current address 1112 N Negley

Ave Pittsburgh PA 15206

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

• Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

United States Bankruptcy Court Western District of Pennsylvania
Debtor- Carole Taylor
Chapter 13
Case no. 10-20954

• Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

1

- Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.
- Fees. THE LAW OFFICE OF BERNARD J MICHAEL LLC fees are 30% of the unclaimed fund balance recovered.

- Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignors also agree that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

- Representation of Assignor. The assignor represent and state that: a) the case was filed
b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignors is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignors will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7.      Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS
ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

Carole Taylor

Signature   *Carole Taylor*

Telephone

Email:

THE LAW OFFICE OF BERNARD J MICHAEL LLC

2

By: Bernard Michael, Managing Member
Email:

## LIMITED POWER OF ATTORNEY

I, Carole Taylor hereby appoint input company name here, a NEW YORK limited liability company, and Bernard Michael, its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Western District of Pennsylvania
(the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the
Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 6th   day of
2023   and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

_Carole Taylor_ Signed this        day of   20   .

                                             Carole Taylor

        SUBSCRIBED AND SWORN TO BEFORE ME this        day of

20     .

County            of
Allegheny
_____

State of    Pennsylvania
_____
Notary Public  _Wendy Slutzkin_

                              Date of Commission Expires:

3

# The law Office Of Bernard j Michael, Llc

## Certificate of LLC Resolution

The undersigned Owner of The law Office Of Bernard j Michael, an LLC duly organized under the law of New York ( hereinafter, the LLC), hereby certify that the following resolution were duly adopted by said owner of the LLC on 10th July 2023 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that James Durant is hereby authorized and directed for and on behalf of the LLC to execute all the legal documents as approved by him as being in the best interest of the LLC; and to take any all further actions which maybe necessary or appropriate to commence and complete said construction in such a manner as being, in his opinion, in the best interest of the LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 10th day of July, 2023

_____
Bernard Michael

Date: ___10th July 2023__

SUBSCRIBED AND SWORN TO BEFORE ME this _____ day of

_____ 20___, in the county of _____, State of

_____

_____
Signature of Notary Public

Date Commission Expires: _____

1

## AFFIDAVIT OF PHOTO IDENTIFICATION AUTHENTICITY

I, Bernard Michael, Owner of The law Office Of Bernard j Michael , Llc, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 9/13/23

Bernard Michael Owner
1725 YORK AVE
NEW YORK, NY10128

On _____ before me, Micheal Bernard, personally appeared, personally known to me to be the person whose name is subscribed to be to be within the instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This _____ day of _____

20____, in the County of _____ State of _____

Signature of Notary Public

Date Commission Expires: _____

## LIMITED POWER OF ATTORNEY

Carole Taylor hereby appoint The law Office Of Bernard j Michael, Llc, a New York limited liability company, and Bernard Michael , its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Western District of Pennsylvania (the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this          day of 20  and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed   _____     _____  this  day of  20

_____
Carole Taylor

SUBSCRIBED AND SWORN TO BEFORE ME this          day of

20    .

County of    Allegheny
_____

State of
_____   Pennsylvania
_____

Date of Commission Expires:

_____

_____
Notary    Public

The law Office Of Bernard j Michael, Llc
33 SILVER BIRCH DR
NEW ROCHELLE, NY 10804


## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS


THIS AGREEMENT entered into this 5th day of July, 2023 by and between Bernard Michael, Managing Member of The law Office Of Bernard j Michael LLC , (hereinafter referred to as "Assignee" ) and whose current address is 1725 York Ave Apt 35 E New York, NY, 10128 and Carole Taylor (hereinafter referred to individually as "Assignor") and whose current address 1112 N Negley Ave Pittsburgh PA 15206

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1.  Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

    United States Bankruptcy Court Western District of Pennsylvania
    Debtor-Carole Taylor
    Chapter 13
    Case no. 10-20954

2.  Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3.  Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. Fees.

The law Office Of Bernard j Michae a. , Llc fees are $1500 of the unclaimed fund balance recovere

5. Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor. The assignor represents and states that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

*Carole Taylor*

Carole Taylor

Signature

Telephone

Email:

The law Office Of Bernard j Michael, Llc

Bernard Michael
By: , Managing Member
Phone: (848)-216- 6313
Email: bernardjmichael@gmail.com

August 16, 2023

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412)644-2700

RECEIVED

OCT 06 2023

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

RE:   Carole Taylor -Ch 7 Case- 10-20954
      Applicant for unclaimed funds
      Unclaimed funds- $208,552.41

My name is Bernard Michael and I'm the owner of The law Office of Bernard j Michael Llc in
New Yorkl and I am the successor claimant for the above-mentioned matter. I am enclosing
to you the application for payment of unclaimed funds and the supporting documents.
    I'm kindly asking you to review this application for processing and please let me know if
any additional documents are needed.

                    Regards,

                    Bernard Michael
                    The law Office Of Bernard j Michael, Llc
                    bernardjmichael@gmail.com

Enclosures
CC: the United States Bankruptcy Court for the Western District of Pennsylvania

1