FILED
10/16/23 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 10-20954-GLT |
| : | Chapter 13 |
| **CAROLE L. TAYLOR**, : | |
| : | |
| Debtor. : | |
| : | |
| **CAROLE TAYLOR**, : | Related to Dkt. No. 701 |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| **NO RESPONDENTS**, : | |
| : | |
| Respondent. : | |

# ORDER

This matter is before the Court upon the *Motion to Pay Unclaimed Funds* [Dkt. No. 701] (the "Motion") filed by the Debtor. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion* is **DENIED** without prejudice due to the Movant's failure to:

1. Comply with W.PA.LBR 2002-1;

2. Comply with W.PA.LBR 3011-1;

3. Comply with W.PA.LBR 9013-4; and

4. Comply with W.PA.LBR 9013-5(a) and Judge Gregory Taddonio's hearing procedures to self-schedule motions.

Dated:  October 16, 2023

_____
GREGORY TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Carole Taylor, 1112 N. Negley Ave., Pgh, PA 15206