# Notice Recipients

District/Off: 0315−2    User: auto    Date Created: 10/16/2023
Case: 10−20954−GLT    Form ID: pdf900    Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Carole L. Taylor | 5044 Rosecrest Drive | Pittsburgh, PA 15201 | |
| intp | The Law Office of Bernard J. Michael, LLC | 33 Silver Birch Dr. | New Rochelle, NY 10804 | |
| | Carole Taylor | 1112 N. Negley Ave. | Pittsburgh, PA 15206 | |

TOTAL: 3