# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Carole L. Taylor                                                Case No. 10-20954 GLT

                                                                Chapter 13

   Debtor

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Joseph S. Sisca on behalf of the United States Trustee in the above captioned matter.

                                        Respectfully Submitted,

                                        ANDREW R. VARA
                                        UNITED STATES TRUSTEE
                                        Regions 3 and 9


                                        By:/s/*Joseph S. Sisca*
                                            Joseph S. Sisca, Trial Attorney
                                            Liberty Center, Suite 970
                                            1001 Liberty Avenue
                                            Pittsburgh, Pennsylvania 15222
                                            (412) 644-4716 Telephone
                                            (412) 644-4785 Facsimile
                                            Pennsylvania ID 46719
                                            Joseph.S.Sisca@usdoj.gov